690 S.E.2d 582

**Angela YOUMANS as Personal Representative of the ESTATE OF Deonte ELMORE, Respondent,**

v.

**SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, Petitioner.**

No. 26781.

Supreme Court of South Carolina.

Heard Feb. 4, 2010.

Decided March 1, 2010.

Marshall H. Waldron, Jr., of Griffith, Sadler & Sharp, of Beaufort, for petitioner.

Mark B. Tinsley, of Gooding & Gooding, of Allendale, and Robert Norris Hill, of Newberry, for respondent.

PER CURIAM.

This Court granted a petition for a writ of certiorari to review the decision of the court of appeals in *Youmans v. South Carolina Department of Transportation,* 380 S.C. 263, 670 S.E.2d 1 (Ct.App.2008). We dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**